**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Robbie Vernon Basche–Husmann

Case No: 23–50294 – WJF

Debtor(s)

Chapter 13 Case

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing Robbie Vernon Basche–Husmann was entered on 7/15/2026

Dated: 7/22/26

<u>s/ Tricia Pepin</u>
Clerk, United States Bankruptcy Court


By: SAK
Deputy Clerk


**ntcdsm** 02/09 – kb